UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY MARIE COELHO, | Case No. 23-cv-04527-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSEPH TIMOTHY ROBERTS, | |
| Defendant. | |

This case has been dismissed for lack of subject matter jurisdiction. Judgment is hereby entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 12, 2024

SUSAN ILLSTON
United States District Judge